■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERMAN WALKER, Appellant. [639 NYS2d 932]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Balletta, J. P., O'Brien, Thompson and Ritter, JJ., concur.